UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                      **Plaintiff,**

                 v.                                 1:25-CV-1133 (FJS/PJE)

**CHARLES H. BARBER,**

                      **Defendant,**

**ALDEN EQUIPMENT, INC.,**

                      **Garnishee,**

**CHEMUNG CANAL TRUST COMPANY,**

                      **Garnishee.**

---

| APPEARANCES | OF COUNSEL |
|---|---|
| **OFFICE OF THE UNITED STATES ATTORNEY**<br>100 South Clinton Street<br>P.O. Box 7198<br>Syracuse, New York 13261-7198<br>Attorneys for the United States | **MELISSA O'BRIEN ROTHBART, AUSA** |

**CHARLES H. BARBER**
306 Northwood Club Road
Minerva, New York 12851
Defendant *pro se*

**ALDEN EQUIPMENT, INC.**
Attn.: Trustee
66 ½ Bridge Street
Amsterdam, New York 12010
Garnishee

**CHEMUNG CANAL TRUST COMPANY**
Attn: Subpoena Processing
1 Chemung Canal Plaza
Elmira, New York 14901
Garnishee

**SCULLIN, Senior Judge**

## ORDER

The Government applied for a Writ of Garnishment against Defendant Barber's 401(k) PSP account that Alden Equipment, Inc. held and a personal Insured Money Management Account "IMMA") and checking account that Chemung Canal Trust Company held. *See* Dkt. Nos. 1, 2. Defendant requested a hearing regarding the garnishment of his "home improvement proceeds" and his "401k account." *See* Dkt. No. 15 at 2. The Government responded to Defendant's objection and argued that it was entitled to garnish Defendant's 401(k) and personal IMMA and checking account and opposed Defendant's request for a hearing to consider the writs of garnishment. *See* Dkt. No. 16.

Magistrate Judge Evangelista granted Defendant's request for a hearing, which was held on October 9, 2025. Following the hearing, Magistrate Judge Evangelista gave the parties an opportunity to submit additional evidence in support of their arguments; and Defendant filed additional documentation on October 13, 2025. *See* Dkt. No. 20. On November 17, 2025, Magistrate Judge Evangelista issued a Report-Recommendation and Order in which he recommended that this Court grant the Government's writs of garnishment and deny Defendant's request for modification. *See* Dkt. No. 22, Report-Recommendation and Order, at 9. Neither party filed any objections to those recommendations.

Since the parties have not filed any objections and the time for them to do so has expired, the Court reviews Magistrate Judge Evangelista's Report-Recommendation and Order for clear

- 3 -

error.  *See Maltese v. Heastie*, No. 1:24-cv-1175 (BKS/ML), 2025 WL 3142399, *1 (N.D.N.Y. Nov. 10, 2025) (Sannes, C.J.) (citing *Petersen v. Astrue,* 2 F. Supp. 3d 223, 228-29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment).  Having found no clear error with respect to Magistrate Judge Evangelista's recommendations, the Court adopts them.

    Accordingly, the Court hereby

    **ORDERS** that the recommendations in Magistrate Judge Evangelista's Report-Recommendation and Order, *see* Dkt. No. 22, are **ADOPTED**; and the Court further

    **ORDERS** that Plaintiff's Writs of Garnishment, *see* Dkt. Nos. 1, 2, are **GRANTED**; and the Court further

    **ORDERS** that Defendant's request to modify the terms of his restitution, *see* Dkt. No. 15, is **DENIED without prejudice**.

**IT IS SO ORDERED.**

Dated: January 13, 2026
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Judge